Baldemar Arteaga
Plaintiff, pro se
Reg. #46712-112
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

FILED
U.S. District Court
District of Kansas

APR 24 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED  STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KANSAS

| | | |
|---|---|---|
| BALDEMAR ARTEAGA, | ) | Case No. UNASSIGNED |
| Plaintiff, | ) | |
| | ) | INITIAL COMPLAINT |
| v. | ) | PURSUANT TO THE FEDERAL TORT CLAIMS ACT (FTCA) |
| UNITED STATES OF AMERICA, | ) | 28 U.S.C. 2671 et seq. |
| Defendant. | ) | 25-3074-JWL |

COMES NOW, Baldemar Arteaga, the plaintiff in this  matter, pro se, and does hereby submit this initial complaint against the United States of America pursuant to the Federal tort Claims Act (FTCA), 28 U.S.C. §2671 et seq.

## I. OVERVIEW

This complaint arises from the negligent acts or ommissions of employees of the Federal Bureau of Prisons, both known and unknown, employed at the United States Penitentiary Leavenworth, located at USP Leavenworth, UNITED STATES PENITENTIARY, 1300 Metropolitan, Leavenworth, KS 66048.

The defendant is responsible for failing to provide meaningful oversight of the extremely violent Levaenworth Penitentiary; a facility with a long history of excess-ive and uncurbed violoence for decades. As a result, the plaintiff was stabbed over 16 times over his body, and was alos beaten, hit or stomped on by gang members for over thirty (30) minutes while staff failed to act---even after being visually aware of the brutal assault against the plaintiff.

Due to these systemic acts or ommissions, the plaintiff has been left to suffer for years with tremedous physical and emotional pain. These injures have diminished the plaintiff's quality of life and ability to provide meaningful major life activi÷ties.

All available administrative remedies have been exhausted.

Pg. 1

## II. JURISDICTION AND VENUE

This court has jurisdiction and venuew pursuant to 28 U.S.C. §§1331, 1332, & 2674.

This court is the proper venue under 28 U.S.C. § 1391 (b)(2).

The plaintiff, the defendants, and all acts or ommissions giving rise to this action as cited in this initial complaint were all located at USP Leavenworth during the relevant time periods.

## III. PARTIES

As relevant to this initial complaint, the following are the only parties subject to liability:

1)The United States of America.

## IV. STATEMENT OF FACTS

On or about February 15, 2022, at or around 8:00 am in the B-Upper Unit, I was violently assaulted by three (3) individuals. Over a period of about thirty (30) minutes I was stabbed sixteen (16) times throughout my body, beaten over the head, and had these assailants kick and stomp on my head throughout the entire ordeal.

After I tried to get away from the assailants, I looked down and yelled to the C.O.s on watch (the BOP has refused to specifically identify these officers) for help. Each heard me, looked out  from the office, and they ignored my please for assistance.

These staff waited until my assailants had exhausted themselves, I was severly beaten, and tremedously hurt, before they took any action.

It appears staff are attempting to cover-up this matter becase they did not issue any incident reports for the assailants, and when we all went to the Special Housing Unit, they were released after about three (3) weeks; I was forced to remain in the SHU and then transferred. Investigative staff would not speak with me, nor would staff provide requested BP8/9s and requests to presevere the video evidence of the incident in comportment with applicable regulations, policy, and training.

Evidence supports the allegations that USP Leavenworth staff have fostered and maintained a very dangerous environment and have failed to provide any meaningful preventative oversight to a hsitorical problem. As such, I was subjected to a

unnecessarily violent environment that produced a preventable assault. Staff have been provided with tremendous evidence that the environment is not safe or ran in compliance with applicable regulation, policy, and training.

In addition, the BOP has failed to provide physical or psychological care needed as a direct result of this incident.

## V. PERSONAL INJURIES

I suffered from being stabbed 16 times, beaten and kicked, and stomped for over 30 minutes. I suffered injuries to my head, neck, face, torso, and legs. I will be dealing with a lifetime of trauma; trauma the BOP refuses to take seriously. I have severe anxiety and panic attacks. I no longer feel safe, have trouble trusting people, lose sleep, and have developed severe paranoia. Living like this, in a heightened state of anxiety and stress, is causing my depression.

## VI. DAMAGES

As a result of the negligence of the BOP staff I request damages in the amount of $5,000,000.00 US (5 million US dollars) as presented in a sumcertain claim to the appropriate agency. See attached.

## VII. OTHER LITIGATION

I have one (1) pending legal matter that does not pertain to this incident, but is against the BOP. See Case No. 2:25-cv-00546-JDP, ED CAL, Arteaga v USA.

## VIII. 18 U.S.C. §1746 UNSWORD DECLARATION

I, Baldemar Arteaga, do hereby declare that this initial complaint contains true and correct statements of fact made under full penalty of perjury as allowed by law to the best of my knowledge.

Pg. 3

Respectfully submitted this 17th day of April, 2025.

Respectfully,

Baldemar Arteaga
Plaintiff, pro se
Reg. #46712-112
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

## CERTIFCATE OF MAILING:

I, Baldemar Arteaga, do hereby certify that a true original of this initial complaint was placed in the hands of prison officals at FCI Fairton, using the institutional legal mail system, for mailing with full, first-class postage paid, onb this the 17th day of April, 2025.

Respectfully,

Baldemar Arteaga