Baldemar Arteaga
(Name)

46712-112
(Institution Register No.)

FCI Fairton, P.O. Box 420, Fairton, NJ 08320
(Current Mailing Address)

FILED
MAY 27 2025
Clerk, U.S. District Court
By:_____ Deputy Clerk

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BALDEMAR ARTEAGA, Plaintiff
(Full and Correct Name)

CASE NO. 25-3074-JWL
(To be supplied by the Clerk)

vs.

UNITED STATES OF AMERICA
, Defendants

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

---

### A. JURISDICTION

1) Baldemar Arteaga , is a resident of _____
   (Plaintiff)                              (State of residency prior to
                                             incarceration)

who presently located at Federal Correctal Institute Fairton
                         (Mailing address or place of confinement.)

2) Defendant United State of America is a resident of
            (Name of first defendant)

Fairton New Jersey / Topeka Kansas , and is employed as
(City, State)

Federal Bureau of Prisons , and may be
(Position and title, if any)

located at 1300 Metropliten, Leavenworth, KS 66048. At the time the claim(s) alleged
           (Address for service of process)

in this complaint arose, was this defendant acting under the color of state law? Yes  No

If your answer is "Yes", briefly explain: Per FTCA, federal actors
are subject to State law

1

XE-2 (F)          CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant _____N/A_____ is a resident of
   (Name of first defendant)

_____, and is employed as
   (City, state)

_____, and may be located at
   (Position and title, if any)

_____. At the time the
   (Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law?  Yes        No |   . If your answer is "Yes", briefly explain:

_____

_____

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331. (If you wish to assert jurisdiction

under different or additional statuses, you may list them below.)

_1332  d   2674_____

_____

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

I was security beaten al staff refused to provide s
safe environment or protection.

See attached "initial complaint" for the complete
Rule 8 "short & plain" statement about This
Matter

XE-2 (F)                CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _____ Please See attached _____

_____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_____

_____

_____

B) (1) Count II: _____ Please See attached _____

_____

_____

(2) Supporting Facts: _____

_____

_____

C) (1) Count III: _____ N/A _____

3

XE-2 (F)                    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

(2) Supporting Facts: _____

_____

_____

_____

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

    Yes  No     . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: _Boldence Artiega_____

        Defendants: _Until  Stbs_____

    b)  Name of court and docket number _E, D. of CA_____

        _2: 25-CV- 0546_____

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _just fild_____

        _____

    d)  Issues raised _lack of Medical care_____

    e)  Approximate date of filing lawsuit _February 2025_____

    f)  Approximate date of disposition _____

4

Case 5:25-cv-03074-TC-RES   Document 3   Filed 05/27/25   Page 5 of 5

## E.  ADMINISTRATIVE RELIEF

1)  Have you presented all grounds for relief raised in this complaint by way of BP-9,

    BP-10, and BP-11 grievances? Yes    (No)    .

2)  If your answer to (1) is "Yes", state the date of disposition, result and reasons given

    for the administrative decision _____

    _____

3)  If your answer to (1) is "No", list each ground not fully presented through the

    administrative grievance process and explain why it was not _____

    _____It is an_____FTCA claim_____

4)  Describe all other procedures you have used (such as tort claim or Parole

    Commission administrative appeals procedures) to exhaust administrative remedies as

    to each issue raised. ___FTCA exhalstion_____

    _____

## F.  REQUEST FOR RELIEF

5)  I believe that I am entitled to the following relief:

    ____$5 Million U.S._____

    _____

N/A
_____        _____
Signature of Attorney (if any)                    Signature of Petitioner

_____

_____

_____
(Attorney's full address and telephone number)

5

XE-2 (F)            CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)