IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BALDEMAR ARTEAGA,

                            **Plaintiff,**

       v.                                                                                                            CASE NO. 25-3074-JWL

UNITED STATES OF AMERICA,

                            **Defendant.**

### MEMORANDUM AND ORDER

On May 28, 2025, this Court granted Plaintiff's motion for leave to proceed in forma pauperis and assessed an initial partial filing fee of $28.00. (Doc. 5.) This action comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 6) to pay the initial partial filing fee. Plaintiff advises that he does not have any control over funds other than those in his inmate account, which consist of gifts and community resources added to his account at others' discretion. He asks the Court to clarify whether he or his "custodian" is required to pay the $28 and asks that if he is responsible for the payment, he be granted at least 30 additional days in which to pay the initial partial filing fee. (Doc. 6.)

The May 28, 2025 order was transmitted to the finance office at the institution where Plaintiff is currently incarcerated. If Plaintiff intends to pay the initial partial filing fee from funds in his inmate account, it is his responsibility to determine whether he must take any additional steps in order to ensure that the required payment is submitted to this Court. The Court cannot advise Plaintiff on the financial policies and procedures of the institution in which he is incarcerated. The Court will, however, grant Plaintiff additional time in which to pay the initial partial filing fee in this matter.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 6) is **granted.** Plaintiff is granted to and including July 31, 2025 in which to submit the initial partial filing fee. If Plaintiff fails to submit the initial partial filing fee on or before July 31, 2025, this matter will be dismissed without prejudice and without further prior notice to Plaintiff.

**IT IS SO ORDERED.**

DATED:  This 16th day of June, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
